**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| JIMMY JACK BOYD, #02538413, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Case No. 6:26-cv-247-JDK-KNM |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Petitioner Jimmy Jack Boyd, a prisoner of the Texas Department of Criminal Justice proceeding pro se, filed this petition for a writ of habeas corpus without paying the $5 filing fee. The case was referred to United States Magistrate Judge K. Nicole Mitchell for findings of fact, conclusions of law, and recommendations for disposition.

On August 27, 2026, Judge Mitchell issued a Report and Recommendation recommending that the petition be dismissed without prejudice for failure to comply with the Court's order to satisfy the fee requirement for this case and recommending that a certificate of appealability be denied. Docket No. 11. Petitioner received the Report on September 4, 2026, and he has not filed written objections. Docket No. 12.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, Petitioner did not object in the prescribed period. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 11) as the findings of this Court. Petitioner's unsupported *in forma pauperis* application (Docket No. 2) is **DENIED**. Petitioner is **DENIED** leave to proceed *in forma pauperis*, and this case is **DISMISSED without prejudice** for failure to prosecute. The Court **DENIES** a certificate of appealability. All pending motions are **DENIED as moot**.

So **ORDERED** and **SIGNED** this **9th** day of **November, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE